IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR223 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JORGE R. LOPEZ and MARCO A. LOPEZ, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Jorge R. Lopez's Unopposed Motion to Continue Trial [38]. The court has been advised that the co-defendant does not object to the continuance. For the reasons set forth in the motion, the undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [38] is granted as follows:

1. The jury trial, **as to all defendants**, now set for February 28, 2023, is continued to May 4, 2023**.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 4, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: February 13, 2023**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**