IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORGE R. LOPEZ,<br><br>    Defendant. | 8:22–CR–223<br><br>ORDER ON REQUEST FOR TRANSCRIPT |

  This matter is before the Court on the Request for Transcript filed by nonparty Alexandra Lopez. Filing 70. The request for a transcript is granted, provided Ms. Lopez contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied. Accordingly,

  IT IS ORDERED:

  1. The Request for Transcript, filed by nonparty Alexandra Lopez, Filing 70, is granted as to the transcript under the conditions described above, and is otherwise denied; and

  2. The Clerk is directed to mail a copy of this Order to Alexandra Lopez at the address provided in Filing 70.

  Dated this 1st day of September, 2023.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge